IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02679-BNB

CAMDEN P. FORTNEY, III,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, d/b/a Kit Carson Correctional Center,
    and
WARDEN EVERT, Trustee,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Camden P. Fortney, III, is a prisoner in the custody of the Colorado Department of Corrections at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Fortney initiated this action by filing *pro se* a document titled "Notice of Intent to Redeem 38-38-302 CRSA" along with a cover letter. On October 19, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Fortney to cure certain deficiencies if he wished to pursue any claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Fortney to file a Prisoner Complaint on the proper form and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper form. Mr. Fortney was warned that the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days.

Mr. Fortney has failed to cure the deficiencies in this action because he has

failed to file a Prisoner Complaint and he has failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* on the proper form.  Instead, on October 28, 2011, apparently in response to the order directing him to cure the deficiencies, Mr. Fortney filed a document titled "Notice of Opportunity to Cure" in which he states that "This Is not a case" and "I am only here to 'Pay' the Bill/Debt/Judgement [sic] connected to and surrounding CASE/CONTRACT NO. 2009CR000713."  (Doc. #4 at 1.)

The action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this   29th   day of    November   , 2011.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court